HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-173-KES |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RAFAEL GONZALEZ, | Date:  January 21, 2026<br>Time:  2:00 p.m. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Rafael Gonzalez, that the status conference currently scheduled for November 5, 2025, at 2:00 p.m. may be continued to January 21, 2026, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Gonzalez made his initial appearance on September 17, 2025, on a 12C petition alleging, in part, two new law violations. On September 19, he was released on conditions. The state case underlying the revocation charges remains in a preliminary stage, and the next hearing in that case is scheduled for December 29, 2025. As the resolution of the instant charges will be aided by further development of the case in state court, the parties request that the matter be continued for a further status conference. The requested continuance will conserve time and resources for

the parties and the Court.  Mr. Gonzalez's probation officer, Christian Rivera, does not object to the continuance.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 24, 2025

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 24, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
RAFAEL GONZALEZ

## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for November 5, 2025, at 2:00 p.m. is hereby continued to January 21, 2026, at 2:00 p.m.

Date:  10/27/2025

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge