HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-173-KES |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RAFAEL GONZALEZ, | Date:  March 18, 2026 |
| Defendant. | Time:  2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Rafael Gonzalez, that the status conference currently scheduled for January 21, 2026, at 2:00 p.m. may be continued to March 18, 2026, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Gonzalez made his initial appearance on September 17, 2025, on a 12C petition alleging, in part, two new law violations.  On September 19, he was released on conditions.  The state case underlying the revocation charges remains in a preliminary stage, and the next hearing in that case is scheduled for March 16, 2026.  As the resolution of the instant charges will be aided by further development of the case in state court, the parties request that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the

parties and the Court.  Mr. Gonzalez's probation officer, Christian Rivera, does not object to the continuance.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 15, 2026                    /s/ Brittany Gunter
                                          BRITTANY GUNTER
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender


Date: January 15, 2026                    /s/ Laura Myers
                                          LAURA MYERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          RAFAEL GONZALEZ


## O R D E R


**IT IS SO ORDERED.** The status conference currently scheduled for January 21, 2026, at 2:00 p.m. is hereby continued to March 18, 2026, at 2:00 p.m. before the duty Magistrate Judge.


IT IS SO ORDERED.

Dated:   **January 15, 2026**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE