HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-173-KES |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| RAFAEL GONZALEZ, | Date:  May 11, 2026 |
| Defendant. | Time:  2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Rafael Gonzalez, that the status conference currently scheduled for March 18, 2026, at 2:00 p.m. may be continued to May 11, 2026, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Gonzalez made his initial appearance on September 17, 2025, on a 12C petition alleging, in part, two new law violations.  On September 19, he was released on conditions.  The state case underlying the revocation charges remains in a preliminary stage, and the next hearing in that case is scheduled for May 4, 2026.  As the resolution of the instant charges will be aided by further development of the case in state court, the parties request that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the

parties and the Court.  Mr. Gonzalez's probation officer, Christian Rivera, does not object to the continuance.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: March 16, 2026                    /s/ Brittany Gunter
                                        BRITTANY GUNTER
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: March 16, 2026                    /s/ Laura Myers
                                        LAURA MYERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RAFAEL GONZALEZ


## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for March 18, 2026, at 2:00 p.m. is hereby continued to May 11, 2026, at 2:00 p.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **March 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge