HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00173-KES |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;** |
| vs. | |
| RAFAEL GONZALEZ, | Date:   September 2, 2026 |
| Defendant. | Time:  2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Rafael Gonzalez, that the status conference currently scheduled for July 6, 2026, at 2:00 p.m. may be continued to September 2, 2026, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Gonzalez made his initial appearance on September 17, 2025, on a 12C petition alleging, in part, two new law violations.  On September 19, he was released on conditions.  The state case underlying the revocation charges remains in a preliminary stage, and the next hearing in that case is scheduled for August 26, 2026.  As the resolution of the instant charges will be aided by further development of the case in state court, the parties request that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court.  Mr. Gonzalez's probation officer, Christian Lua, does not object to the

continuance.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: June 30, 2026          /s/ Arelis Clemente
                             ARELIS CLEMENTE
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender


Date: June 30, 2026          /s/ Laura Myers
                             LAURA MYERS
                             Assistant Federal Defender
                             Attorney for Defendant
                             RAFAEL GONZALEZ


## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for July 6, 2026, at 2:00 p.m. is hereby continued to September 2, 2026, at 2:00 p.m.


IT IS SO ORDERED.

Dated:  **June 30, 2026**          _____
                                   UNITED STATES MAGISTRATE JUDGE

Gonzalez – Stipulation to Continue
Status Conference                          2