HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAFAEL GONZALEZ,<br>Defendant. | Case No. 1:24-cr-173-KES<br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br>Date: January 22, 2027<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Rafael Gonzalez, that the status conference currently scheduled for November 6, 2026, at 2:00 p.m. may be continued to January 22, 2027, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Gonzalez made his initial appearance on September 17, 2025, on a 12C petition alleging, in part, two new law violations. On September 19, he was released on conditions. The state case underlying the revocation charges remains in a preliminary stage, and the next hearing in that case is scheduled for January 13, 2027. As the resolution of the instant charges will be aided by further development of the case in state court, the parties request that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the

parties and the Court. Mr. Gonzalez's probation officer, Benjamin Roberts, does not object to the continuance.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 4, 2026

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 4, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
RAFAEL GONZALEZ

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 6, 2026, at 2:00 p.m. is hereby continued to January 22, 2027, at 2:00 p.m. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge